Thursday, April 27, 2017

No. 17–0162/NA. U.S. v. Keith E. Barry. CCA 201500064. On consideration of the petition for grant of review of the decision of the United States Navy–Marine Corps Court of Criminal Appeals, it is ordered that said petition is hereby granted, and the decision of the United States Navy–Marine Corps Court of Criminal Appeals is affirmed.*

Friday, April 28, 2017

No. 17–0208/CG. U.S. v. John C. Riesbeck. CCA 1374. On consideration of the petition for grant of review of the decision of the United States Coast Guard Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issues specified by the Court:

I. WHETHER THE MEMBERS OF APPELLANT'S COURT–MARTIAL PANEL WERE PROPERLY SELECTED.

II. WHETHER APPELLANT WAS DEPRIVED OF A FAIR TRIAL, OR THE APPEARANCE OF A FAIR TRIAL, WHERE A MAJORITY OF THE PANEL MEMBERS WERE FORMER VICTIM ADVOCATES AND THE MILITARY JUDGE DENIED A CHALLENGE FOR CAUSE AGAINST ONE OF THEM.

Briefs will be filed under Rule 25.

---

\* It is noted that the military judge neglected to seal the transcript of the MRE 513 hearing and some of the associated pleadings, contrary to the requirements of MRE 513(e)(5). Accordingly, the Clerk is directed to seal MRE 513 matters (pages 26–47 and 57–61 and AE V and VIII of the record of trial).